**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7708

ANTHONY HALL,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICES, Medical Provider for
Sussex II State Prison; DOCTOR ULEP,
Institutional Physician,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (2:05-cv-00177-RGD)

Submitted: November 22, 2006      Decided: December 14, 2006

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Hall, Appellant Pro Se.  Elizabeth Martin Muldowney, RAWLS
& MCNELIS, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hall v. Prison Health Servs., No. 2:05-cv-00177-RGD (E.D. Va. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED